**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1798**

———————

DOROTHY HARRIS,

Plaintiff - Appellant,

versus

SPRINT, INCORPORATED,

Defendant - Appellee,

and

EARL R. STEVENSON,

Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-01-1792-A)

———————

Submitted: December 16, 2002     Decided: December 19, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dorothy Harris, Appellant Pro Se. Blake Matthew Guy, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dorothy Harris appeals the district court's order granting summary judgment in favor of her former employer, Sprint, Inc., on her claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2002).  We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Harris v. Sprint, Inc.</u>, No. CA-01-1792-A (E.D. Va. filed June 19, 2002; entered June 20, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>